**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

[redacted] 06 182 ML

MURIEL VAN DUSEN )
)
- vs. - ) C. A. NO. 06-
)
SEARS ROEBUCK AND CO., )
TECHCRAFT MANUFACTURING, AND )
SONY ELECTRONICS INC. )

**NOTICE OF REMOVAL**

**TO:** The Honorable Judges of the
United States District Court
For The District of Rhode Island

The Notice of defendant, Sony Electronics Inc., ("SEL") respectfully shows:

1. SEL is the defendant in a civil action brought in the Superior Court of Rhode Island, Providence County, entitled "Muriel Van Dusen v. Sears Roebuck and Co., et al", bearing Civil Action No. 06-1247. SEL was served with a copy of the Complaint in said action, on or about April 3, 2006 by Corporation Service Company. A certified copy of the State Court file which includes all pleadings filed by plaintiffs is attached hereto as Exhibit "A".

2. The above-described action is an action over which this Court has jurisdiction and is removable under the provisions of Title 28, United States Code Sections 1332 and 1441(a) and (b), in that this is a civil action between citizens of different states, as more fully appears herein, and it is believed the amount in

controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND DOLLARS & 00/100 ($75,000.00) based on the nature of plaintiff's injury, her required treatment and the amount of medical bills and plaintiff's assertion that she is entitled to relief "in the amount sufficient to compensate for her pain and suffering" and an award of "fees, interest and costs".

3. As alleged in the complaint, plaintiff, Muriel Van Dusen is a resident of Riverside, in the County of Providence, State of Rhode Island.

4. Sony Electronics Inc., is incorporated under the laws of the State of Delaware and maintains its principal place of business in California.

5. Sony Electronics Inc. believes and, therefore, avers that Sears, Roebuck & Co. is incorporated under the laws of the State of New York and maintains its principal place of business in the State of Illinois.

6. Sony Electronics Inc. believes and, therefore, avers that TechCraft Manufacturing is incorporated under the laws of Canada and maintains its principal place of business in that country.

**WHEREFORE**, defendant, Sony Electronics Inc., prays that the above action now pending in the Rhode Island Superior Court, County of Providence be removed therefrom to this Court.

Defendant,
SONY ELECTRONICS INC.
By its attorneys,

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500 (Ext. 134)
Facsimile: 401-273-8780

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed, postage prepaid, to James P. Dussault, Esq., DUSSAULT & ZATIR, P.C., 1015 Kempton Street, New Bedford, Massachusetts 02740, on this 20th day of April, 2006.