STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

FILED
MAY 0 3 2006

Case ID: PC-2006-1247 MURIEL VAN DUSEN V SEARS ROBUCK CO

Filing Date: 03-02-2006
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 03-02-2006

CA 06-182 ML

Plaintiff: MURIEL VAN DUSEN
ID: @10824994

Attorney: JAMES DUSSAULT

Defendant: SEARS ROBUCK AND CO.
ID: @10824995
Defendant: TECHCRAFT MANUFACTURING
ID: @10824996
Defendant: SONY ELECTRONICS INC
ID: @10824997

## Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

## Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 03-02-2006 | COMPLAINT FILED | |
| 03-02-2006 | INITIAL FILING FEE | |
| 03-02-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221719. |
| 04-20-2006 | SUMMONS,PROOF OF SERVICE FILED | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island