**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06- 182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

**ENTRY OF APPEARANCE**

I, Gerald C. DeMaria, of Higgins, Cavanagh & Cooney, LLP, hereby enter my appearance on behalf of defendant, Sony Electronics Inc., in the above entitled matter.

Defendant,
SONY ELECTRONICS INC.,
By its attorneys,

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500 (Ext. 134)
Facsimile: 401-273-8780

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed, postage prepaid, to James P. Dussault, Esq., DUSSAULT & ZATIR, P.C., 1015 Kempton Street, New Bedford, Massachusetts 02740, on this 20th day of April, 2006.