**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

- vs. -

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING, AND
SONY ELECTRONICS INC.

C. A. NO. 06- 182 ML

**REPRESENTATIONS PERTAINING TO CONSENT**

Defendant, Sony Electronics Inc., hereinafter referred to as "SEL" has examined the papers presently residing in the Clerk's Office of the Superior Court at Providence pertaining to the civil action number applicable to this case and has determined that no answer, motion or responsive pleading has, as of this date, been filed by co-defendants and therefore SEL has no way to obtain the consent of the co-defendants and has in good faith attempted to comply with the applicable statutory requirements pertaining to consent.

Defendant,
SONY ELECTRONICS INC.
By its attorneys,

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500 (Ext. 134)
Facsimile: 401-273-8780

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed, postage prepaid, to James P. Dussault, Esq., DUSSAULT & ZATIR, P.C., 1015 Kempton Street, New Bedford, Massachusetts 02740, on this 20th day of April, 2006.

Joyce C. Brady