**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MURIEL VAN DUSEN<br><br>- vs. -<br><br>SEARS ROEBUCK AND CO.,<br>TECHCRAFT MANUFACTURING,<br>AND SONY ELECTRONICS INC. | C. A. NO. 06- 182 ML |

**VERIFICATION**

I, **Gerald C. DeMaria**, of the City of Warwick, County of Providence, State of Rhode Island, upon oath depose and say as follows:

**1.** That I am an attorney duly licensed to practice law in the courts of the State of Rhode Island and the Commonwealth of Massachusetts and I am admitted to practice in the United States District Court for the Districts of Rhode Island and Massachusetts;

**2.** That I am attorney for and have entered an appearance in the above entitled matter for defendant herein Sony Electronics Inc.; and

**3.** That I have read the foregoing notice of removal and know the contents thereof and believe the contents thereof to be true, to the best of my information and belief.

**GERALD C. DeMARIA** (#0637)

Subscribed and sworn to before me at Providence, Rhode Island, this 20th day of April, 2006.

**NOTARY PUBLIC**
My Commission Expires: 10/29/06