UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN
*Plaintiff*

C.A. No.: 06-182 ML

vs.

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING and
SONY ELECTRONICS, INC.
*Defendants*

**ANSWER OF DEFENDANT SEARS ROEBUCK AND CO. TO PLAINTIFF'S COMPLAINT**

**Answer as to "Parties"**

1. Defendant Sears Roebuck and Co. is without information to admit or deny the allegation contained in Paragraph 1 and therefore denies same.

2. Denied.

3. Defendant Sears Roebuck and Co. is without information to admit or deny the allegation contained in Paragraph 3 and therefore denies same.

4. Defendant Sears Roebuck and Co. is without information to admit or deny the allegation contained in Paragraph 4 and therefore denies same.

**Answer as to "Facts"**

5. Defendant Sears Roebuck and Co. is without information to admit or deny the allegation contained in Paragraph 5 and therefore denies same.

6. Defendant Sears Roebuck and Co. is without information to admit or deny the allegation contained in Paragraph 6 and therefore denies same.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

**Answer to Count I (Failure to Train)**

13. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 12.

14. Denied.

15. Denied.

16. Denied.

**Answer to Count II (Failure to Inspect)**

17. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 7.

18. Denied.

19. Denied.

20. Denied.

**Answer to Count III (Failure to Supervise)**

21. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 7.

22. Denied.

23. Denied.

24. Denied.

**Answer to Count IV (Failure to Warn)**

25. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 7.

26. Denied.

27. Denied.

28. Denied.

**Answer to Count V (Failure to Warn – TechCraft)**

29. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 7.

30. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

31. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

32. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

**Answer to Count VI (Failure to Warn –Sony)**

33. Defendant Sears Roebuck and Co. incorporates and realleges its responses to Paragraphs 1 through 7.

34. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

35. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

36. The allegations contained in this Paragraph are not directed at this Defendant and therefore require no response by this Defendant.

**First Affirmative Defense**

The Plaintiff's injuries, if any, were occasioned by conduct of persons or entities other than this Defendant.

**Second Affirmative Defense**

The Plaintiff has failed to state claims upon which relief can be granted against this Defendant.

**Third Affirmative Defense**

The Plaintiff voluntarily assumed the risk of injury.

**Fourth Affirmative Defense**

The Plaintiff is comparatively at fault and any recovery must be reduced accordingly.

**Fifth Affirmative Defense**

To the extent that the products referred to in the Plaintiff's complaint have not been preserved in their immediate post-incident condition, the Plaintiff is guilty of spoliation and may have no recovery against this Defendant.

**Sixth Affirmative Defense**

To the extent that the products have been altered or modified from their original condition then the Plaintiff, pursuant to Title 9 of the Rhode Island General Laws, may have no recovery against this Defendant.

**Jury Demand**

Defendant claims a trial by jury.

SEARS ROEBUCK AND CO.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

**CERTIFICATION**

I hereby certify that on this 20 day of June, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Plaintiff's Counsel
Randall B. Johnson, Esq.
Dussault & Zatir, PC
1015 Kampton Street
New Bedford, MA 02740

Counsel for Sony
Gerald C. DeMaria, Esq.
Higgins Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903