UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 28 2006
Clerk of U.S. District Court
District of Rhode Island

MURIEL VAN DUSEN
*Plaintiff*

vs. C.A. No.: 06-182 ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING and
SONY ELECTRONICS, INC.
*Defendants*

**LATE ENTRY STIPULATION**

The time within which Defendant Sears Roebuck and Co. may respond to the Plaintiff's Complaint is extended up to and including **June 21, 2006.**

MURIEL VAN DUSEN

By her Attorneys,

DUSSAULT & ZATIR, PC

James P. Dussault ~~Randall B. Johnson~~ (# )
1015 Kampton Street
New Bedford, MA 02740
Tel: 401-434-7600
Fax:

Dated: 6/21/06

SEARS ROEBUCK AND CO.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

Dated: 6/26/06

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Plaintiff's Counsel
James P. Dussault ~~Randall B. Johnson~~, Esq.
Dussault & Zatir, PC
1015 Kampton Street
New Bedford, MA 02740

Counsel for Sony
Gerald C. DeMaria, Esq.
Higgins Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Enter: Mary M. Lisi USDJ 7/5/06