**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MURIEL VAN DUSEN<br><br>- vs. -<br><br>SEARS ROEBUCK AND CO.,<br>TECHCRAFT MANUFACTURING, AND<br>SONY ELECTRONICS INC. | C. A. NO. 06-182 ML |

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND**
**CERTIFICATION OF GOOD FAITH ATTEMPT TO RESOLVE DISCOVERY DISPUTE**

On May 31st , 2006 defendant, Sony Electronics Inc., hereinafter referred to as "Sony" propounded interrogatories and a request for production of documents addressed to the plaintiff. When answers and actual production became overdue pursuant to the interrogatories and the request, within the time parameters of Rules 33 and 34, respectively, defendant's counsel wrote to plaintiff's counsel for answers to interrogatories and production of documents.

No response to that letter was made.

As of this date, plaintiff has produced documents, however, has not answered interrogatories pursuant to the terms of the request, nor has any response been made.

Pursuant to the Federal Rules of Procedure and the applicable local rules, defendant, Sony, has complied with all conditions precedent prior to filing a motion to compel the discovery initiated.

Accordingly, defendant, Sony, requests that the court enter an order compelling the plaintiff to answer interrogatories, on or before August 10, 2006.

Defendant,
SONY ELECTRONICS INC.
By its Attorneys,

By: ______________________________
Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed, postage prepaid, to James P. Dussault, Esq., DUSSAULT & ZATIR, P.C., 1015 Kempton Street, New Bedford, Massachusetts 02740 and was hand-delivered to Dennis E. Carley, Esq., ROBERTS, CARROLL, FELDSTEIN & PEIRCE, 10 Weybosset Street, 8th Floor, Providence, Rhode Island 02903 and to Stephen B. Lang, Esq., HIGGINS, CAVANAGH & COONEY, LLP, The Hay Building, 123 Dyer Street, Providence, Rhode Island 02903-2987, on this 14TH day of July, 2006.

______________________________