DEC/pap 3831-20
297362 6/27/06

RECEIVED
JUL 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN

VS.

C. A. NO. PC 06-0182-ML-LDA

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

## STIPULATION

The undersigned agree that the time within which Defendant, Techcraft Manufacturing, may respond to Plaintiff's Complaint is extended up to and including July 13, 2006.

James P. Dussault, Esq. #3411
Dussault & Zatir, P.C.
Attorneys for Plaintiff
1015 Kempton Street
New Bedford, MA 02740
(508) 999-2000

Date: July 13, 2006

Dennis E. Carley #3218
Roberts, Carroll, Feldstein & Peirce
Attorneys for Defendant
Techcraft Manufacturing
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 FX (401) 521-1328

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 12th day of July, 2006:

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Enter: Mary M. Lisi USDJ 7/14/06

Patricia A. Port