DEC/pap 3831-20
298418 7/12/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML-LDA

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**STIPULATION**

The undersigned agree that the discovery requests propounded by the Defendant, Techcraft Manufacturing, in Rhode Island Superior Court Civil Action No. 06-1247 on or about June 27, 2006 shall be deemed to have been made in the above-captioned matter.

James P. Dussault, Esq. #3411
Dussault & Zatir, P.C.
Attorneys for Plaintiff
1015 Kempton Street
New Bedford, MA 02740
(508) 999-2000

Dennis E. Carley #3218
Roberts, Carroll, Feldstein & Peirce
Attorneys for Defendant
Techcraft Manufacturing
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 FX (401) 521-1328

Date: July 12, 2006

Enter:
Mary M. Lisi
USDJ 7/25/06

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 24th day of July, 2006:

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

James P. Dussault, Esq.
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740

Patricia A. Port