298853 7/18/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: RECORDS KEEPER of Dr. Richard E. Murphy
DATE: August 30, 2006
TIME: 11:00 a.m.

Please take notice that pursuant to Rule 45 (d) of Federal Rules of Civil Procedure, the Defendant in the above-entitled matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of ROBERTS, CARROLL, FELDSTEIN & PEIRCE, Ten Weybosset Street, Eighth Floor, Providence, Rhode Island 02903, before a notary public commissioned in the State of Rhode Island.

DEFENDANT, TECHCRAFT
MANUFACTURING.
By Its Attorneys,

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

CERTIFICATION

I hereby certify that I mailed a copy of the within this 10th day of August, 2006, to the following:

James P. Dussault, Esq.
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Reporting Associates
Ten Dorrance Street, Suite 617
Providence, RI 02903

______________________

DEC/Ad/sch 3831-20
298853 7/18/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

## CERTIFICATION

I, Dennis E. Carley, counsel for defendant, Techcraft Manufacturing, pursuant to Rule 45 (b) of Federal Rules of Civil Procedure, certify that:

(a) a copy of the within subpoena duces tecum was served upon the plaintiff's counsel more than twenty (20) days prior to the date set for said deposition;

(b) the plaintiff's legal counsel has been served with notice of the right to challenge said subpoena; and

(c) the plaintiff has placed her medical and mental condition at issue.

DEFENDANT,
TECHCRAFT MANUFACTURING.
By Its Attorneys,

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

Dated: August 10, 2006