8/15

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN

V.

SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTUURING and SONY ELECTRONICS, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-0182-ML-LDA

TO: RECORDS KEEPER of Dr. Frank J. Schaberg, Jr., Memorial Hospital, 111 Brewster St., Pawtucket, RI 02860 (729-2127)

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all records of your care and treatment of Muriel VanDusen, 243 Crescent View Ave., East Providence, RI 02915, from the beginning of treatment up to and including the present time.

| PLACE | DATE AND TIME |
|---|---|
| Roberts, Carroll, Feldstein & Peirce<br>10 Weybosset St., 8th Fl, Providence, RI 02903 | August 30, 2006, 11:15 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant, Techcraft Manufacutring | 8/10/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Dennis E. Carley, Esq., #3218, Roberts, Carroll, Feldstein & Peirce
10 Weybosset St., 8th Floor, Providence, Rhode Island 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case 41.00 #64930

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 8/16/06 | 111 Brewster St. Pawtucket R.I. |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Dr. Frank Schaberg | | Keeper of Records |
| SERVED BY (PRINT NAME) | | TITLE |
| Thomas Noury<br>41 N. Elmore Ave.<br>P.O. Box 114026<br>North Providence, RI 02911 | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 8/16/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911