**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06-182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

## MOTION TO CONTINUE SETTLEMENT CONFERENCE

Defendant, Sony Electronics Inc., hereinafter referred to as "Sony" moves for an order postponing the presently scheduled October 4, 2006 settlement conference before Magistrate Judge Robert W. Lovegreen until further order of the court on the grounds that based upon a communication made by the plaintiff's attorney to all defense counsel on September 5, 2006, the plaintiff is making new and different allegations of liability against Sony.

The facts and travel of this issue and the new allegations are specifically referred to in Sony's motion in limine and to exclude all such evidence which is attached hereto and made a part hereof as Exhibit "A", together with it's memorandum in support of the motion which is attached hereto and made a part hereof as Exhibit "B".

Out of an abundance of caution Sony has propounded additional interrogatories concerning these new allegations and in no way waives it's right to seek to exclude such allegations at the time of trial because of it's taking protective steps to determine the factual basis of the allegations made in a non-pleading by way of letter from plaintiff's counsel to all defense counsel.

WHEREFORE, Sony, moves for an order granting it's motion to postpone the settlement conference until the plaintiff files complete and particularized responses to Sony's three (3) additional interrogatories outlining a particularization of it's claim for defect which was not articulated in the plaintiff's complaint, the plaintiff's

complaint claiming only one (1) theory of liability against Sony, to wit, a claim for failure to warn as opposed to design defect.

Respectfully submitted,

Defendant,
SONY ELECTRONICS INC.
By its attorneys,

/s/ Gerald C. DeMaria

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street

Providence, Rhode Island 02903-2987
slang@hcc-law.com

/s/ Gerald C. DeMaria