**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MURIEL VAN DUSEN<br><br>- vs. -<br><br>SEARS ROEBUCK AND CO.,<br>TECHCRAFT MANUFACTURING, AND<br>SONY ELECTRONICS INC. | C. A. NO. 06-182 ML |

**DEFENDANT, SONY ELECTRONICS INC.'S, MEMORANDUM**
**IN SUPPORT OF IT'S MOTION TO EXCLUDE EVIDENCE AT TIME OF TRIAL**

Plaintiff's complaint in this matter alleges one cause of action against defendant, Sony, and that is contained in Count VI of the plaintiff's complaint and specifically paragraphs 33 through 36, inclusive. The sole allegation of liability against Sony is a failure to warn. Based upon that sole allegation against Sony, it commenced to defend this case and propounded tailored interrogatories addressed to the plaintiff wherein factual predicates for making such a claim were sought.

On September 5, 2006 the plaintiff forwarded communications to all counsel which contain, inter alia, a new allegation alleging a design defect against Sony further identifying the design defect to be that it was "a top heavy television."

At the time of trial or at anytime prior thereto when the court sets a time for hearing on motions to exclude evidence or other motions in limine, Sony will seek to preclude such claims for design defect from being asserted unless the court grants Sony's motion at a time prior to the normal schedule for hearing of motions in limine or other motions to exclude.

The plaintiff is bound in it's proof by the allegations contained in the four corners of the complaint. Sony at this time gives notice of it's objection to the plaintiff's attempt to introduce additional evidence at the time of trial so as to make a claim that it is entitled, at the time of trial, or directly thereafter, to an amendment pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

WHEREFORE, Sony moves for an order, in limine, excluding the plaintiff, her counsel, or any witnesses called on her behalf from testifying to, referring to, mentioning, arguing or stating during any stage of the proceedings, that there was a design defect in the Sony alleged television set as articulated in the plaintiff's communication to counsel of September 5, 2006.

Respectfully submitted,
Defendant,
SONY ELECTRONICS INC.
By its attorneys,

/s/ Gerald C. DeMaria

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
slang@hcc-law.com

/s/ Gerald C. DeMaria