DEC/pap 3831-20
301622 8/24/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-182 ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**DEFENDANT, TECHCRAFT MANUFACTURING'S, MOTION TO COMPEL PLAINTIFF TO FILE MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

The defendant, Techcraft Manufacturing, hereby moves, pursuant to Fed. R. Civ. P. 37, for an Order of this Honorable Court compelling the plaintiff, Muriel Van Dusen, to file more responsive answers to interrogatories. A twenty (20) day Order is requested.

More responsive answers are requested to the following interrogatories:

**INTERROGATORY NO. 6:**

**Describe in detail the nature, extent and exact location of the injuries claimed to have been sustained by you as a result of the alleged incident and if permanent injuries are claimed, state the nature of same and how they manifest themselves.**

ANSWER NO. 6:

I suffered a fracture to my right fibula. I continue to suffer from recurrent pain and discomfort and numbness in my right leg, which limits my movement.

**COMMENT:**

Plaintiff failed to state if permanent injuries are being claimed. If she is not claiming permanent injuries, she should so state. If she is claiming permanent injuries, she should state the nature of her alleged permanent injuries and how these injuries manifest themselves.

**INTERROGATORY NO. 7:**

**State the name and address of each and every physician, hospital or other health care provider with whom you treated or consulted as a result of the incident which is the**

**subject of this litigation; state the date of each such treatment or consultation and the charge for each; and give an itemized statement of all other expenses incurred by you for drugs, medicines, nurses, x-rays or other medical services.**

ANSWER NO. 7:

Please refer to Exhibit A to Plaintiff's Response to the Request for Production of Documents Propounded by Techcraft Manufacturing. In addition, the following is a list of the doctors I saw as a result of this accident: Richard Murphy, M.D. 9/17/03-10/1/03, Memorial Hospital of Rhode Island 10/15/03-10/30/03 and Frank Schaberg 9/22/03-11/24/03.

**COMMENT:**

Plaintiff failed to provide an itemized statement of all other expenses incurred by her for drugs, medicines, nurses, x-rays or other medical services.

**INTERROGATORY NO. 8:**

**If you have ever suffered from any health conditions whether caused by injuries or otherwise requiring medical treatment, state the date, place and nature of same, the name and address of all persons and institutions rendering treatment thereof, the encompassing dates of such treatment and the name and address of the person or organization against whom you have made a claim for damages.**

ANSWER NO. 8:

Plaintiff objects to this Interrogatory on the grounds that it is overbroad and burdensome and does not seek information pertinent to this lawsuit. Notwithstanding said objection, Plaintiff states that she did not have any previous injuries to her right leg prior to this accident.

**COMMENT:**

Defendant moves to strike Plaintiff's objection and for a court order directing Plaintiff to file a full and complete response to this interrogatory.

**INTERROGATORY NO. 9:**

**If anyone has advised you to have future medicines and medical attendance, state the nature of the medicine and medical attendance, the name and address of the persons advising same, the length of time, to the best of your knowledge, that the need for same is expected to continue and the anticipated cost of such future medicines and medical attendance.**

ANSWER NO. 9:

I continue to suffer from recurrent pain and discomfort and numbness in my right leg, which limits my movement.

**COMMENT:**

Plaintiff did not answer the question posed. Defendant moves for a court order directing Plaintiff to file a full and complete response to this interrogatory.

**INTERROGATORY NO. 14:**

**State the time, place, substance and names and addresses of any persons present during any conversation which you had or any other person had in your presence with any employee, agent or other representatives of any defendant in any way relating to the claims/incidents referred to in your complaint.**

ANSWER NO. 14:

In December of 2003, a supervisor brought a form for me to complete. I believe that this form is in the possession of Sears. In addition, my attorney advises me that he has been in contact with Chubb Insurance Company he liability carrier for TechCraft Manufacturing, and Helmsman Management Services, Inc., the third party administrator for Sears, Roebuck & Company, via written communication. All such correspondence is in possession of my attorney.

**COMMENT:**

Plaintiff did not answer the question posed. Defendant requests a court order directing Plaintiff to file a full and complete response to this interrogatory.

**INTERROGATORY NO. 24:**

**As a result of any injuries you allege you sustained in connection with the incident that resulted in this lawsuit, do you claim that you have lost or had impaired any activity or skill which you engaged in or had prior o the alleged incident; if so, for each loss or impairment state:**

- **a. A description of the activity or skill;**
- **b. The nature and extent of the loss or impairment;**
- **c. The facts on which you rely to support your claim that the loss or impairment was occasioned by your injuries.**
- **d. The manner and frequency of your enjoyment of the activity or skill prior to your injury; and**
- **e. The manner and frequency of your enjoyment of the activity or skill since your injury.**

ANSWER NO. 24:

I continue to suffer from recurrent pain and discomfort and numbness in my right leg which limits my movement.

**COMMENT:**

Defendant requests a court order directing Plaintiff to file a full and complete response to this interrogatory.

DEFENDANT,
TECHCRAFT MANUFACTURING.
By Its Attorneys,

/s/ Dennis E. Carley

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328
e-mail address: decarley@rcfp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

James P. Dussault, Esq.
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
jdussault@dussaultandzatir.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
slang@hcc-law.com

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
gdemaria@hcc-law.com

/s/ Dennis E. Carley