DEC/pap 3831-20
303873 9/20/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**MOTION TO EXCLUDE EVIDENCE AT TIME OF TRIAL**

Defendant, Techcraft Manufacturing, hereinafter referred to as "Techcraft" moves for an order prohibiting the plaintiff, or her counsel or any witness engaged by the plaintiff or who will testify on behalf of the plaintiff from testifying on any alleged liability of defendant, Techcraft, other than alleged failure to warn. Techcraft submits its memorandum in support of this motion.

Respectfully submitted,

DEFENDANT,
TECHCRAFT MANUFACTURING.
By Its Attorneys,

/s/ Dennis E. Carley

______________________________DENNIS
E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328
e-mail address: decarley@rcfp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

James P. Dussault, Esq. Sent via First Class Mail
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
jdussault@dussaultandzatir.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
slang@hcc-law.com

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
gdemaria@hcc-law.com

/s/ Dennis E. Carley

DEC/pap 3831-20
303861 9/20/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**DEFENDANT, TECHCRAFT'S, MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE EVIDENCE AT TIME OF TRIAL**

Plaintiff's complaint in this matter alleges one cause of action against defendant, Techcraft, and that is contained in Count V of the plaintiff's complaint and specifically paragraphs 29 through 32, inclusive. The sole allegation of liability against Techcraft is a failure to warn. Based upon that sole allegation against Techcraft, it commenced to defend this case and propounded interrogatories addressed to the plaintiff wherein factual predicates for making such a claim were sought.

On or about August 21, 2006, the plaintiff filed answers to Techcraft's interrogatories and within these answers to interrogatories raised a new allegation alleging a design defect against Techcraft. It is alleged in plaintiff's answer to interrogatory No. 16 that the "stand should not swivel which caused the television to fall." In the same answer to interrogatory, the plaintiff asserts that "simple material on the top of the stand could have been used to grip the television."

At the time of trial or at any time prior thereto when the court sets a time for hearing on motions to exclude evidence or other motions in limine, Techcraft will seek to preclude such claims for design defect from being asserted unless the court grants Techcraft's motion at a time prior to the normal schedule for hearing of motions in limine or other motions to exclude.

The plaintiff is bound in its proof by the allegations contained in the four corners of the complaint. Techcraft at this time gives notice of its objection to the plaintiff's attempt to introduce additional evidence at the time of trial so as to make a claim that it is entitled, at the time of trial, or directly thereafter, to an amendment pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

WHEREFORE, Techcraft moves for an order, in limine, excluding the plaintiff, her counsel, or any witnesses called on her behalf from testifying to, referring to, mentioning, arguing or stating during any stage of the proceedings, that there was a design defect in the Techcraft television stand as articulated in the plaintiff's answers to interrogatories.

Respectfully submitted,

DEFENDANT,
TECHCRAFT MANUFACTURING.
By Its Attorneys,

/s/ Dennis E. Carley

DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328
e-mail address: decarley@rcfp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2006 the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

James P. Dussault, Esq. Sent via First Class Mail
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
jdussault@dussaultandzatir.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
slang@hcc-law.com

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
gdemaria@hcc-law.com

/s/ Dennis E. Carley