DEC/AD/sch 3831-20
305058 10/5/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-0182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: RECORDS KEEPER of Memorial Hospital, Neurology Department (formerly Dr. Brian Ott) 729-2483
DATE: December 11, 2006
TIME: 10:15 a.m.

Please take notice that pursuant to Rule 45 (d) of Federal Rules of Civil Procedure, the Defendant in the above-entitled matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of ROBERTS, CARROLL, FELDSTEIN & PEIRCE, Ten Weybosset Street, Eighth Floor, Providence, Rhode Island 02903, before a notary public commissioned in the State of Rhode Island.

DEFENDANT, TECHCRAFT
MANUFACTURING.
By Its Attorneys,

/s/Dennis E. Carley
DENNIS E. CARLEY (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

CERTIFICATION

I hereby certify that on this 22nd day of November, 2006, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

James P. Dussault, Esq.
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
jdussault@dussaultandzatir.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
slang@hcc-law.com

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer St.
Providence, RI 02903
gdemaria@hcc-law.com

/s /Dennis E. Carley

I hereby certify that I mailed a copy of the within this 22nd day of November, 2006, to the following:

Reporting Associates
Ten Dorrance Street, Suite 617
Providence, RI 02903

/s /Dennis E. Carley