**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06-182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

**MOTION TO EXTEND**

Interrogatories and a request for production of documents were served upon defendant, Sony Electronics Inc. Sony is in need of additional time within which to respond to the interrogatories and request for production of documents.

Defendant, Sony Electronics Inc., requests that the additional time be provided and represents that there are no present known trial dates which would interfere with this request for an extension.

Defendant,
SONY ELECTRONICS INC.
By its Attorneys,

/s/ Gerald C. DeMaria

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
**jdussault@dussaultandzatir.com**

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
**decarley@rcfp.com**

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
**slang@hcc-law.com**

/s/ Gerald C. DeMaria

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06-182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND**

Interrogatories and a request for production of documents were served upon defendant, Sony Electronics Inc. Sony Electronics Inc. is in need of additional time within which to respond to the interrogatories and request for production of documents.

Defendant, Sony Electronics Inc., requests that the additional time be provided and represents that there are no present known trial dates which would interfere with this request for an extension.

Defendant,
SONY ELECTRONICS INC.
By its Attorneys,

/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
gdemaria@hcc-law.com

## CERTIFICATION

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
**jdussault@dussaultandzatir.com**

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
**decarley@rcfp.com**

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
**slang@hcc-law.com**

/s/ Gerald C. DeMaria_______________