**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

- vs. -

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING, AND
SONY ELECTRONICS INC.

C. A. NO. 06-182 ML

**MOTION TO DISMISS PURSUANT TO RULE 37**

Defendant, Sony Electronics Inc., moves for an order dismissing plaintiff's complaint on the grounds that the plaintiff has failed to comply with a prior court order compelling the plaintiff to file more responsive answers to Sony's interrogatories.

Defendant, Sony Electronics Inc., submits it's memorandum in support of this motion and requests that the case be dismissed subject to the dismissal being vacated if the plaintiff files and serves the requested more responsive answers to interrogatories pursuant to the terms of the motion and memorandum, no later than December 20th, 2006.

Respectfully Submitted,

Defendant,
SONY ELECTRONICS INC.
By its Attorneys,

/s/ Gerald C. DeMaria

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
**jdussault@dussaultandzatir.com**

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
**decarley@rcfp.com**

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
**slang@hcc-law.com**

/s/ Gerald C. DeMaria

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN<br><br>- vs. -<br><br>SEARS ROEBUCK AND CO.,<br>TECHCRAFT MANUFACTURING, AND<br>SONY ELECTRONICS INC. | ) | C. A. NO. 06-182 ML |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

The court ordered the plaintiff to file and serve more responsive answers to interrogatories pursuant to a court order granting Sony's motion to compel.

On October 30th, 2006 counsel for the defendant, Sony Electronics Inc., reminded the plaintiff's lawyer of the court order and requested more responsive answers to interrogatories. As of this date there has been no response to that correspondence and there has been no production of more responsive answers to interrogatories.

The plaintiff is not in compliance with the court order and pursuant to Rule 37, the court may dismiss this case. However, defendant, Sony, is merely requesting the usual conditional order type of dismissal whereby if the plaintiff complies with the court order on or before December 20th, 2006, then the dismissal will be vacated however, if the plaintiff does not comply with the court order then the dismissal can stand without further order of the court.

WHEREFORE, defendant, Sony Electronics Inc., requests that a conditional order of dismissal as prayed for be granted.

Respectfully Submitted,

Defendant,
SONY ELECTRONICS INC.
By its Attorneys,

/s/ Gerald C. DeMaria________________

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
**jdussault@dussaultandzatir.com**

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
**decarley@rcfp.com**

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
**slang@hcc-law.com**

/s/ Gerald C. DeMaria______________