**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN,**<br>**Plaintiff** | ) | |
| **vs.** | ) | **C.A. NO. 06-182 ML** |
| **SEARS ROEBUCK AND CO.,**<br>**TECHCRAFT MANUFACTURING,**<br>**AND SONY ELECTRONICS INC.**<br>**Defendants** | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANT, SONY ELECTRONICS INC.'S, MOTION TO DISMISS**

Plaintiff, Muriel Van Dusen, hereby opposes Defendant, Sony Electronics, Inc.'s, motion to dismiss. In support of the opposition Plaintiff states that Sony Electronics, Inc., never filed or served a Motion to Compel More Responsive Answers to Interrogatories upon the Plaintiff, Muriel Van Dusen.

On or about May 31, 2006, Defendant, Sony Electronics, Inc., served a first set of Interrogatories upon the Plaintiff, Muriel Van Dusen.

On or about July 14, 2006, Defendant filed a Motion to Compel Answers to Interrogatories, which was subsequently granted on August 4, 2006.

On or about August 21, 2006, Plaintiff, Muriel Van Dusen, served Answers to the Interrogatories upon the Defendant, Sony Electronic, Inc.

On or about September 13, 2006, Defendant, Sony Electronics, Inc., served continuing Interrogatories upon the Plaintiff, Muriel Van Dusen.

On or about October 27, 2006, the Plaintiff, Muriel Van Dusen served Answers to the Continuing Interrogatories upon Sony Electronics, Inc.

A review of the chronology above reveals that Plaintiff has in fact responded to all of the Interrogatory requests served upon them by the Defendant, Sony Electronics, Inc. Further, counsel for the Plaintiff called the Clerk's office for the United States District Court for the District of Rhode Island on December 14, 2006 and was advised by the clerk's office that no such Motion to Compel More Responsive Interrogatories was ever filed by Sony Electronic, Inc.

WHEREFORE, Plaintiff, Muriel Van Dusen, requests that the Defendant, Sony Electronics, Inc.'s, Motion to Dismiss be denied.

Respectfully Submitted,
The Plaintiff, Muriel Van Dusen
By her Attorney,

/s/ James P. Dussault
James P. Dussault, Esq. #3411
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
(508) 999-2000

DATED: December 14, 2006

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Counsel for Sears Roebuck and Co.:
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

Counsel for Techcraft Manufacturing:
Dennis E. Carley, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
decarley@rcfp.com

Counsel for Sony Electronics, Inc.:
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
gdemaria@hcc-law.com

/s/ James P. Dussault