**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | : | |
| | : | |
| - vs. - | : | C. A. NO. 06-182 ML |
| | : | |
| SEARS ROEBUCK AND CO., | : | |
| TECHCRAFT MANUFACTURING, AND | : | |
| SONY ELECTRONICS INC. | : | |

## VOLUNTARY WITHDRAWAL OF MOTION TO DISMISS

Defendant, Sony Electronics Inc., hereby voluntarily withdraws its motion to dismiss heretofore filed by Sony Electronics Inc. against the plaintiff.

Defendant,
SONY ELECTRONICS INC.,
By its attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
slang@hcc-law.com

/s/ Gerald C. DeMaria