**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **C.A. NO. 06-182 ML** |
| **SEARS ROEBUCK AND CO.,** | ) | |
| **TECHCRAFT MANUFACTURING,** | ) | |
| **AND SONY ELECTRONICS INC.** | ) | |
| **Defendants** | ) | |

**SUPPLEMENTAL PRETRIAL MEMORANDUM**

Plaintiff hereby supplements the pretrial memorandum previously filed on July 6, 2006 as follows:

**IV. PLAINTIFF'S EXPERT WITNESSES:**

John M. Orlowski, P.E., CSP, BCFE, Director, Forensic Engineers & Technologist, 11 Vanderbilt Avenue, Suite 120, Norwood, Massachusetts 02062.

Mr. Orlowski is expected to testify that the 36" Sony television set resting on the Techcraft television stand created an unreasonably dangerous condition due to its size, configuration and design. The aforementioned condition was the proximate cause of Ms. VanDusen's injuries.

**V. PLAINTIFFS' PROPOSED EXHIBITS:**

Photographs of the television and assembled stand.
Photographs of the Plaintiff's injuries.
Technical report authored by John M. Orlowski.

Respectfully Submitted,
The Plaintiff, Muriel Van Dusen
By her Attorney,

/s/ James P. Dussault
James P. Dussault, Esq. #3411
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
(508) 999-2000

DATED: February 14, 2007

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Counsel for Sears Roebuck and Co.:
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

Counsel for Techcraft Manufacturing:
Dennis E. Carley, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
decarley@rcfp.com

Counsel for Sony Electronics, Inc.:
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
gdemaria@hcc-law.com

/s/ James P. Dussault