**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06-182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

**MOTION TO ALLOW ATTENDANCE AT PRETRIAL CONFERENCE BY TELEPHONE**

Defendant, Sony Electronics, Inc., moves for an Order permitting it to have a representative to attend the settlement conference by telephone on the grounds that the Sony representative who will be responsible to discuss settlement is out-of-state and it would be a burden for the representative to travel to the State of Rhode Island to conduct the settlement conference, in person.

Counsel for Sony represents that the Sony representative will be on the telephone at any time the Court desires to speak to said representative in order to discuss settlement.

Defendant,
SONY ELECTRONICS INC.,
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically on this 21st day of February, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
slang@hcc-law.com

s/ Gerald C. DeMaria