**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | ) | |
| - vs. - | ) | C. A. NO. 06-182 ML |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | ) | |

**MOTION TO STRIKE AND TO EXCLUDE OF SONY ELECTRONICS INC.**

Defendant, Sony Electronics, Inc., hereinafter referred to as “Sony”, by and through its counsel, moves for an Order striking the plaintiff’s so-called Supplemental Pretrial Memorandum designating an expert witness and for an Order excluding said expert witness on the following grounds:

1. That on July 12, 2006 the Court entered a Pretrial Order wherein, inter alia, the Court ordered plaintiff to make expert designations by November 1, 2006, thereafter contemplating that the defendant would make expert witness designations by December 1, 2006 with dispositive motions to be filed by January 26, 2007.

2. That on February 14, 2007 the plaintiff electronically filed a “SUPPLEMENTAL PRETRIAL MEMORANDUM” wherein, for the first time, she identified an expert witness by the name of John M. Orlowski.

3. On February 14, 2007 plaintiff served “PLAINTIFF’S SUPPLEMENTAL ANSWERS TO THE INTERROGATORIES PROPOUNDED BY

DEFENDANT, SONY ELECTRONICS INC.", attaching a copy of a so-called "TECHNICAL REPORT" of Orlowski dated December 28, 2006 wherein allegations of defects were made against Sony and co-defendant, Techcraft.

4. The plaintiff's expert designation was clearly made almost two months after the time provided by the Court for expert witness disclosures (November 1, 2006), and is not complete in and of itself, in connection with the discovery requested by this defendant pertaining to expert witness.

5. That the December 28, 2006 report and the Supplemental Answers to Interrogatories Propounded by Sony certified as being mailed to counsel for Sony on February 14, 2007 is after the time within which the Court contemplated that this defendant would have to file its expert designations on December 1, 2006.

6. That the plaintiff's claims in the Supplemental Answers to Interrogatories, by incorporating by reference the report of Orlowski, wherein apparent defects are made in connection with the design of the product referred to in plaintiff's complaint, are without the terms of the plaintiff's complaint inasmuch as the plaintiff in her undated complaint makes one claim against defendant, Sony, in COUNT VI, of the plaintiff's complaint, wherein a claim for failure to warn is made. There are no claims for design or manufacturing defects. Accordingly, an additional ground to exclude Orlowski appears to assert a design or manufacturing defect, which Sony has in the past objected and presently objects to because the plaintiff will be limited in her proof at the time of trial based upon the allegations in plaintiff's complaint, which complaint stands as originally filed, to this date.

WHEREFORE, Defendant, Sony, moves for an Order striking plaintiff's Supplemental Answers to Interrogatories propounded by Sony, striking so-called Supplemental Pretrial Memorandum, and excluding Orlowski from giving any testimony in the above-entitled matter.

Defendant,
SONY ELECTRONICS INC.,
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically on this 21st day of February, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Stephen B. Lang, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
slang@hcc-law.com

s/ Gerald C. DeMaria