DEC/pap 3831-20
315439 2/26/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**DEFENDANT, TECHCRAFT MANUFACTURING'S, MOTION TO ALLOW ATTENDANCE AT PRETRIAL CONFERENCE BY TELEPHONE**

Defendant, Techcraft Manufacturing, moves for an Order permitting it to have Adjuster Chrishyami Sivaraj attend the settlement conference by telephone on the grounds that Ms. Sivaraj, the Chubb Insurance Company adjuster responsible for this file, resides in Toronto, Ontario, Canada, and it would be a burden for her to travel to the State of Rhode Island to conduct and participate in the settlement conference, in person.

Counsel for Techcraft Manufacturing represents that Ms. Sivaraj will be on the telephone at any time the Court desires to speak with her in order to discuss settlement.

TECHCRAFT MANUFACTURING
By its Attorneys,
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.

/s/ Dennis E. Carley
Dennis E. Carley (#3218)
10 Weybosset Street
Providence, RI 02903
Tel: 401-521-7000
Fax: 401-521-1328
decarley@rcfp.com

## CERTIFICATION

I Dennis E. Carley, certify that on the 26th day of February, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Plaintiff's Counsel
James. P. Dussault, Esq.
Dussault & Zatir, PC
1015 Kampton Street
New Bedford, MA 02740

Counsel for Sears
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Counsel for Sony
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ Dennis E. Carley