DEC/pap 3831-20
315447 2/26/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MURIEL VAN DUSEN

VS. C. A. NO. 06-182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**DEFENDANT, TECHCRAFT MANUFACTURING'S,**
**MOTION TO STRIKE AND TO EXCLUDE**

Defendant, Techcraft Manufacturing, hereinafter referred to as "Techcraft," by and through its counsel, moves for an Order striking the plaintiff's so-called Supplemental Pretrial Memorandum designating an expert witness and for an Order excluding said expert witness on the following grounds:

1. That on July 12, 2006, the Court entered a Pretrial Order wherein, inter alia, the Court ordered plaintiff to make expert designations by November 1, 2006, thereafter contemplating that the defendant would make expert witness designations by December 1, 2006 with dispositive motions to be filed by January 26, 2007.

2. That on or about February 13, 2007 the plaintiff electronically filed a "SUPPLEMENTAL PRETRIAL MEMORANDUM" wherein, for the first time, she identified an expert witness by the name of John M. Orlowski.

3. On or about February 13, 2007 plaintiff served "PLAINTIFF'S SUPPLEMENTAL ANSWERS TO THE INTERROGATORIES PROPOUNDED BY DEFENDANT, TECHCRAFT MANUFACTURING," attaching a copy of a so-called

"TECHNICAL REPORT" of Orlowski dated December 28, 2006 wherein allegations of defects were made against Techcraft and co-defendant, Sony.

4. The plaintiff's expert designation was clearly made almost two months after the time provided by the Court for expert witness disclosures (November 1, 2006).

5. That the December 28, 2006 report and the Supplemental Answers to Interrogatories Propounded by Techcraft certified as being mailed to counsel for Techcraft on or about February 13, 2007 is after the time within which the Court contemplated that this defendant would have to file its expert designations on December 1, 2006.

6. That the plaintiff's claims in the Supplemental Answers to Interrogatories, by incorporating by reference the report of Orlowski, wherein allegations of apparent defects are made in connection with the design of the product referred to in plaintiff's complaint, are without the terms of the plaintiff's complaint inasmuch as the plaintiff in her undated complaint makes one claim against defendant, Techcraft, in COUNT V, of the plaintiff's complaint, wherein a claim for failure to warn is made. There are no claims for design or manufacturing defects. Accordingly, an additional ground to exclude the expert is that Orlowski appears to assert a design or manufacturing defect, which Techcraft has in the past objected and presently objects to because the plaintiff will be limited in her proof at the time of trial based upon the allegations in plaintiff's complaint, which complaint stands as originally filed, to this date.

WHEREFORE, Defendant, Techcraft, moves for an Order striking plaintiff's Supplemental Answers to Interrogatories propounded by Techcraft, striking the so-called Supplemental Pretrial Memorandum, and excluding Orlowski from giving any testimony in the above-entitled matter.

Defendant,
TECHCRAFT MANUFACTURING
By its Attorneys,
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.

/s/ Dennis E. Carley
Dennis E. Carley (#3218)
10 Weybosset Street
Providence, RI 02903
Tel: 401-521-7000
Fax: 401-521-1328
decarley@rcfp.com

## CERTIFICATION

I Dennis E. Carley, certify that on the 26th day of February, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Plaintiff's Counsel
James. P. Dussault, Esq.
Dussault & Zatir, PC
1015 Kampton Street
New Bedford, MA 02740

Counsel for Sears
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Counsel for Sony
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ Dennis E. Carley