**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO. 06-182 ML** |
| | ) | |
| **SEARS ROEBUCK AND CO.,** | ) | |
| **TECHCRAFT MANUFACTURING,** | ) | |
| **AND SONY ELECTRONICS INC.** | ) | |
| **Defendants** | ) | |

**DEFENDANT, SEARS ROEBUCK AND CO.'S MOTION TO STRIKE AND MOTION TO EXCLUDE EXPERT TESTIMONY**

Defendant, Sears Roebuck and Co. ("Sears") hereby submits this motion to strike plaintiff's supplemental pretrial memorandum and to exclude plaintiff's expert, John M. Orlowski from testifying in any capacity at trial.

Defendant relies on the attached memorandum of law in support of this motion.

Defendant,
SEARS REOBUCK AND CO.,
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ Stephen B. Lang______________
Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: slang@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically on this 5th day of March, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

Dennis E. Carley, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
decarley@rcfp.com

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
gdemaria@hcc-law.com