**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO. 06-182 ML** |
| | ) | |
| **SEARS ROEBUCK AND CO.,** | ) | |
| **TECHCRAFT MANUFACTURING,** | ) | |
| **AND SONY ELECTRONICS INC.** | ) | |
| **Defendants** | ) | |

**DEFENDANTS' JOINT MOTION TO CONTINUE THE TRIAL DATE**

Defendants, Sears Roebuck and Co., Techcraft Manufacturing and Sony Electronics, Inc. (hereinafter "Defendants") hereby move this Court pursuant to Local Rule 39.2 to continue the trial date. Defendants rely on the attached memorandum of law in support of this motion.

Defendants,
SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, SONY ELECTRONICS INC.,
By their attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

/s/ Gerald C. DeMaria______________
Gerald C. DeMaria (#0637)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: gdemaria@hcc-law.com

/s/ Dennis E. Carley
Dennis E. Carley (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
E-Mail: decarley@rcfp.com

/s/ Stephen B. Lang
Stephen B. Lang (#0145)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
E-Mail: slang@hcc-law.com

## CERTIFICATION

I hereby certify that a true copy of the within document was filed electronically on this _____ day of March, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

___/s/ Gerald C. DeMaria__