**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN**<br>**Plaintiff**<br><br>**vs.**<br><br>**SEARS ROEBUCK AND CO.,**<br>**TECHCRAFT MANUFACTURING,**<br>**AND SONY ELECTRONICS INC.**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. NO. 06-182 ML** |

**DEFENDANTS' JOINT MOTION TO CONTINUE THE TRIAL DATE**

Defendants, Sears Roebuck and Co., Techcraft Manufacturing and Sony Electronics, Inc. (hereinafter "Defendants") hereby move this Court pursuant to Local Rule 39.2 to continue the trial date.

Local Rule 39.2 states that a request to continue a trial will be granted for good cause shown only. Here, the Court has scheduled a settlement conference for March 27, 2007 and has set jury empanelment for April 3, 2007. The Court has also set deadlines of March 20, 2007 for all motions in limine, and March 27, 2007 for all objections to motions in limine. Consequently, the parties will be required to prepare for trial simultaneous with their preparation for the settlement conference. As all pretrial filings, including motions in limine, exhibits lists and deposition designations, will be due on the date of the settlement conference all parties will be fully prepared for trial at the time of the settlement conference.

Additionally, Defendants have separately filed motions to strike and exclude Plaintiff's expert witness John M. Orlowski. Plaintiff has attempted in her disclosure of Mr. Orlowski to amend the complaint and add a count that the products at issue were

unreasonably dangerous. Defendants have argued that Mr. Orlowski's testimony must be excluded. The Court has not yet had an opportunity to rule on that motion. Any ruling on the Defendants' motion to strike and exclude will drastically alter any preparation for trial. Accordingly, Defendants respectfully request that this Court continue this matter to the May trial calendar and continue all corresponding trial deadlines 30 days.

Defendants,
SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, SONY ELECTRONICS INC.,
By their attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
ROBERTS, CARROLL, FELDSTEIN & PEIRCE

/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: gdemaria@hcc-law.com

/s/ Dennis E. Carley
Dennis E. Carley (# )
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
E-Mail: decarley@rcfp.com

/s/ Stephen B. Lang
Stephen B. Lang (#0145)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
E-Mail: slang@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically on this 7th day of March, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

___/s/ Gerald C. DeMaria__

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO. 06-182 ML** |
| | ) | |
| **SEARS ROEBUCK AND CO.,** | ) | |
| **TECHCRAFT MANUFACTURING,** | ) | |
| **AND SONY ELECTRONICS INC.** | ) | |
| **Defendants** | ) | |

**DEFENDANTS' JOINT MOTION TO CONTINUE THE TRIAL DATE**

Defendants respectfully request that this Court continue the trial date pursuant to Local Rule 39.2. Local Rule 39.2 states that a request to continue a trial will be granted for good cause shown only. Here, the Court has scheduled a settlement conference for March 27, 2007 and has set jury empanelment for April 3, 2007. The Court has also set deadlines of March 20, 2007 for all motions in limine, and March 27, 2007 for all objections to motions in limine. Consequently, the parties will be required to prepare for trial simultaneous with their preparation for the settlement conference. As all pretrial filings, including motions in limine, exhibits lists and deposition designations, will be due on the date of the settlement conference all parties will be fully prepared for trial at the time of the settlement conference.

Additionally, Defendants have separately filed motions to strike and exclude Plaintiff's expert witness John M. Orlowski. Plaintiff has attempted in her disclosure of Mr. Orlowski to amend the complaint and add a count that the products at issue were unreasonably dangerous. Defendants have argued that Mr. Orlowski's testimony must be

excluded. The Court has not yet had an opportunity to rule on that motion. Any ruling on the Defendants' motion to strike and exclude will drastically alter any preparation for trial. Accordingly, Defendants respectfully request that this Court continue this matter to the May trial calendar and continue all corresponding trial deadlines 30 days.

Defendants,
SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, SONY ELECTRONICS INC.,
By their attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
E-Mail: gdemaria@hcc-law.com

/s/ Dennis E. Carley
Dennis E. Carley (# )
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
E-Mail: decarley@rcfp.com

/s/ Stephen B. Lang
Stephen B. Lang (#0145)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-2987
E-Mail: slang@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically on this 7th day of March, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James P. Dussault, Esq.
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
jdussault@dussaultandzatir.com

___/s/ Gerald C. DeMaria__