DEC/pap 3831-20
316271 3/8/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MURIEL VAN DUSEN

VS. C. A. NO. 06-182-ML

SEARS ROEBUCK AND CO.,
TECHCRAFT MANUFACTURING,
AND SONY ELECTRONICS, INC.

**DEFENDANT, TECHCRAFT MANUFACTURING'S, MOTION TO ALLOW ADJUSTER JOSEPH BOLAND TO PARTICIPATE IN THE PRETRIAL CONFERENCE**

With regard to the March 27, 2007 Pretrial Conference with Magistrate Judge Robert Lovegreen, this Defendant, Techcraft Manufacturing, previously filed a motion to allow the Chubb Adjuster, Chrishyami Sivaraj, to attend the settlement conference by telephone. The motion was referred to Magistrate Judge Lovegreen and the Magistrate Judge denied this motion.

Mr. Joseph Boland is an adjuster with Crawford & Company and he was retained by Chubb Insurance before this case was filed in Federal Court. His duties for Chubb included interviewing and taking a statement from Plaintiff, Muriel Van Dusen.

Techcraft now moves for an Order allowing Mr. Boland to participate in the settlement conference with Judge Lovegreen, and it is represented that Mr. Boland will have full and complete authority to discuss settlement on behalf of Chubb Insurance Company.

To the extent the Court is of a view that Ms. Chrishyami Sivaraj, the Chubb adjuster responsible for this file, should participate personally in the settlement conference, she is prepared to travel to Rhode Island from Toronto, Canada for the conference.

TECHCRAFT MANUFACTURING
By its Attorneys,
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.

/s/ Dennis E. Carley
Dennis E. Carley (#3218)
10 Weybosset Street
Providence, RI 02903
Tel: 401-521-7000
Fax: 401-521-1328
decarley@rcfp.com

## CERTIFICATION

I Dennis E. Carley, certify that on the 8th day of March, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Plaintiff's Counsel
James. P. Dussault, Esq.
Dussault & Zatir, PC
1015 Kampton Street
New Bedford, MA 02740

Counsel for Sears
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Counsel for Sony
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ Dennis E. Carley