**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MURIEL VAN DUSEN,**<br>**Plaintiff**<br><br>**vs.**<br><br>**SEARS ROEBUCK AND CO.,**<br>**TECHCRAFT MANUFACTURING,**<br>**AND SONY ELECTRONICS INC.**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. NO. 06-182 ML** |

**PLAINTIFF'S MOTION TO ALLOW ATTENDANCE AT PRETRIAL CONFERENCE BY TELEPHONE**

Plaintiff, Muriel Van Dusen, moves for an Order permitting her to attend the settlement conference by telephone on the grounds that Ms. Van Dusen, age 92, is suffering from advanced stage lung cancer, which has metastasized to numerous internal organs. Ms. Van Dusen's doctor, Dr. Emma Simmons, 111 Brewster Street, Pawtucket, Rhode Island 02860, advised Ms. Van Dusen on March 23, 2007, that her health will not permit her to attend the court hearing in person. Dr. Simmons' medical advisory opinion will be produced for the Court on or before the Pre-Trial Conference on Tuesday, March 27, 2008.

Counsel for plaintiff represent that Ms. Van Dusen will be available by telephone at any time the Court desires to speak with her in order to discuss settlement. Further Ms. Van Dusen's, daughter and son-in-law, Arlene Desrochers and Roland Desrochers will be in attendance on the day of the Pre-Trial Hearing.

Respectfully Submitted,
The Plaintiff, Muriel Van Dusen
By her Attorney,

/s/ James P. Dussault

James P. Dussault, Esq. #3411
Dussault & Zatir, P.C.
1015 Kempton Street
New Bedford, MA 02740
(508) 999-2000

DATED: March 23, 2007

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Counsel for Sears Roebuck and Co.:
Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

Counsel for Techcraft Manufacturing:
Dennis E. Carley, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
decarley@rcfp.com

Counsel for Sony Electronics, Inc.:
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
gdemaria@hcc-law.com

/s/ James P. Dussault