**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MURIEL VAN DUSEN | : | |
| | : | |
| - vs. - | : | C. A. NO. 06-182 ML |
| | : | |
| SEARS ROEBUCK AND CO., TECHCRAFT MANUFACTURING, AND SONY ELECTRONICS INC. | : | |

# DISMISSAL STIPULATION

In the above-entitled matter it is hereby agreed that the following entry be made:

Dismissed with prejudice, no interest, costs or fees to any party.

DATED: 3/30/07

James P. Dussault, Esq. (#3411)
DUSSAULT & ZATIR, P.C.
1015 Kempton Street
New Bedford, Massachusetts 02740
Telephone: 508-999-2000
(Attorneys for Plaintiff)

DATED: 3/28/07

Stephen B. Lang, Esq. (#0145)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, Rhode Island 02903-2987
Telephone: 401-272-3500
Facsimile: 401-273-8780
(Attorneys for Defendant, Sears Roebuck and Co.)

DATED: 3/2/07

Dennis E. Carley, Esq. (#3218)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
Telephone: 401-521-7000
Facsimile: 401-521-1328
(Attorneys for Defendant, Techcraft Manufacturing)

DATED: 3/28/07

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
Facsimile: 401-273-8780
(Attorneys for Defendant, Sony Electronics, Inc.)